| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>KOMIVES, PAUL J. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, E.D. MICH | 3. Date of Report<br><br>06/24/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL TIME MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>01/06/2015 |
| 7. Chambers or Office Address<br><br>231 W. LAFAYETTE (ROOM 629)<br>THEODORE LEVIN U.S. COURTHOUSE<br>DETROIT, MI 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | INTERNATIONAL INSTITUTE FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | JOHN HANCOCK LIFE INSURANCE COMPANY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking account | A | Interest | J | T | | | | | |
| 2. Dearborn Federal Credit Union - Savings account | A | Interest | J | T | | | | | |
| 3. Merrill Lynch - Money Market account | A | Dividend | J | T | Buy (add'l) | 12/31/14 | J | | |
| 4. NSTAR - Northeast Utilities | A | Dividend | M | T | | | | | |
| 5. General Electric | A | Dividend | J | T | Buy (add'l) | 01/28/14 | J | | reinvested dividends |
| 6. General Electric | A | Dividend | J | T | Buy (add'l) | 04/28/14 | J | | reinvested dividends |
| 7. General Electric | A | Dividend | J | T | Buy (add'l) | 07/28/14 | J | | reinvested dividends |
| 8. General Electric | A | Dividend | J | T | Buy (add'l) | 10/28/14 | J | | reinvested dividends |
| 9. Verizon Communications | A | Dividend | J | T | | | | | |
| 10. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 01/02/14 | J | | reinvested dividends |
| 11. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 02/03/14 | J | | reinvested dividends |
| 12. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 03/03/14 | J | | reinvested dividends |
| 13. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 04/01/14 | J | | reinvested dividends |
| 14. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 05/01/14 | J | | reinvested dividends |
| 15. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 06/02/14 | J | | reinvested dividends |
| 16. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 07/01/14 | J | | reinvested dividends |
| 17. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 08/01/14 | J | | reinvested dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 09/02/14 | J | | reinvested dividends |
| 19. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 10/01/14 | J | | reinvested dividends |
| 20. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 11/03/14 | J | | reinvested dividends |
| 21. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 12/01/14 | J | | reinvested dividends |
| 22. Pimco Total Return Fund | A | Dividend | | | Sold | 10/02/14 | J | A | sale securities |
| 23. Putnam Income Fund | A | Dividend | J | T | Buy | 10/02/14 | J | | purchase securities |
| 24. Putnam Income Fund | A | Dividend | J | T | Buy (add'l) | 10/28/14 | J | | reinvested dividends |
| 25. Putnam Income Fund | A | Dividend | J | T | Buy (add'l) | 11/26/14 | J | | reinvested dividends |
| 26. Putnam Income Fund | A | Dividend | J | T | Buy (add'l) | 12/30/14 | J | | reinvested dividends |
| 27. SPDR Gold Trust | A | Dividend | J | T | Buy | 02/03/14 | J | | purchase securities |
| 28. Transamerica Global Equity Fund | A | Dividend | J | T | | | | | |
| 29. American Century Inflation Adj Bond | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 30. American Century Inflation Adj Bond | A | Dividend | J | T | Buy (add'l) | 03/31/14 | J | | purchase securities |
| 31. American Century Inflation Adj Bond | A | Dividend | J | T | Buy (add'l) | 06/11/14 | J | | reinvested dividends |
| 32. American Century Inflation Adj Bond | A | Dividend | J | T | Buy (add'l) | 12/10/14 | J | | reinvested dividends |
| 33. American Century Inflation Adj Bond | A | Dividend | J | T | Buy (add'l) | 12/24/14 | J | | reinvested dividends |
| 34. Blackrock Equity Dividend Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Equity Dividend Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 36. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 04/21/14 | J | | reinvested dividends |
| 37. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 07/21/14 | J | | reinvested dividends |
| 38. Blackrock Equity Dividend Fund | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 39. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 10/20/14 | J | | reinvested dividends |
| 40. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | reinvested dividends |
| 41. Clearbridge Small Cap Growth Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 42. Clearbridge Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 03/31/14 | J | | purchase securities |
| 43. Clearbridge Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 44. Clearbridge Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/12/14 | J | | reinvested dividends |
| 45. Dreyfus Appreciation Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 46. Dreyfus Appreciation Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 47. Dreyfus Appreciation Fund | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 48. Dreyfus Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 12/31/14 | J | | reinvested dividends |
| 49. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 01/02/14 | J | | purchase securities |
| 50. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 02/03/14 | J | | purchase securities |
| 51. Eaton Vance Floating Rate Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | rinvested dividends |
| 53. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 03/31/14 | J | | purchase securities |
| 54. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 04/01/14 | J | | reinvested dividends |
| 55. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 05/01/14 | J | | reinvested dividends |
| 56. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | reinvested dividends |
| 57. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | reinvested dividends |
| 58. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 08/01/14 | J | | reinvested dividends |
| 59. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 09/02/14 | J | | reinvested dividends |
| 60. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 61. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 10/01/14 | J | | reinvested dividends |
| 62. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 11/03/14 | J | | reinvested dividends |
| 63. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | reinvested dividends |
| 64. Harbor International Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 65. Harbor International Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 66. Harbor International Fund | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | reinvested dividends |
| 67. Hartford Growth Opportunities Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 68. Hartford Growth Opportunities Fund | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hartford Growth Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 12/17/14 | J | | reinvested dividends |
| 70. Ishares Russell 1000 Growth | A | Dividend | J | T | Sold (part) | 02/03/14 | J | A | sale securities |
| 71. Ishares Russell 1000 Growth | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 72. Ishares Russell 1000 Growth | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 73. Ishares Russell 1000 Value | A | Dividend | J | T | Sold (part) | 02/03/14 | J | A | sale securities |
| 74. Ishares Russell 1000 Value | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 75. Ishares Russell 1000 Value | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 76. John Hancock Classic Value Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 77. John Hancock Classic Value Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 78. John Hancock Classic Value Fund | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 79. John Hancock Classic Value Fund | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | reinvested dividends |
| 80. MFS Research International Fund | A | Dividend | J | T | Sold (part) | 03/31/14 | J | A | sale securities |
| 81. MFA Research International Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 82. MFS Research International Fund | A | Dividend | J | T | Buy (add'l) | 12/12/14 | J | | reinvested dividends |
| 83. MFS Value Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 84. MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 03/28/14 | J | | reinvested dividends |
| 85. MFS Value Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | reinvested dividends |
| 87. MFS Value Fund | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 88. MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 09/26/14 | J | | reinvested dividends |
| 89. MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 12/12/14 | J | | reinvested dividends |
| 90. MFS Value Fund | A | Dividend | | | Sold (part) | 12/24/14 | J | A | sale securities |
| 91. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 01/02/14 | J | | reinvested dividends |
| 92. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 02/03/14 | J | | reinvested dividends |
| 93. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | reinvested dividends |
| 94. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | purchase securities |
| 95. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 04/01/14 | J | | reinvested dividends |
| 96. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 05/01/14 | J | | reinvested dividends |
| 97. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | reinvested dividends |
| 98. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | reinvested dividends |
| 99. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 08/01/14 | J | | reinvested dividends |
| 100. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 09/02/14 | J | | reinvested dividends |
| 101. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 102. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 10/01/14 | J | | reinvested dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 11/03/14 | J | | reinvested dividends |
| 104. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | reinvested dividends |
| 105. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 12/11/14 | J | | reinvested dividends |
| 106. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 12/30/14 | J | | reinvested dividends |
| 107. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 01/02/14 | J | | reinvested dividends |
| 108. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 02/03/14 | J | | reinvested dividends |
| 109. Pioneer Strategic Income Fund | A | Dividend | J | T | Sold (part) | 02/03/14 | J | A | sale securities |
| 110. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | reinvested dividends |
| 111. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 04/01/14 | J | | reinvested dividends |
| 112. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 05/01/14 | J | | reinvested dividends |
| 113. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | reinvested dividends |
| 114. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | reinvested dividends |
| 115. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 08/01/14 | J | | reinvested dividends |
| 116. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 09/02/14 | J | | reinvested dividends |
| 117. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 118. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 10/01/14 | J | | reinvested dividends |
| 119. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 11/03/14 | J | | reinvested dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 11/26/14 | J | | reinvested dividends |
| 121. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | reinvested dividends |
| 122. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 12/31/14 | J | | reinvested dividends |
| 123. TCW Selected Equities I Share | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 124. TCW Selected Equities I Share | A | Dividend | J | T | Buy (add'l) | 03/31/14 | J | | purchase securities |
| 125. TCW Selected Equities I Share | A | Dividend | | | Sold (part) | 09/25/14 | J | A | sale securities |
| 126. TCW Selected Equities I Share | A | Dividend | J | T | Buy (add'l) | 12/30/14 | J | | reinvested dividends |
| 127. TCW Total Return Bond Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 128. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/03/14 | J | | reinvested dividends |
| 129. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | reinvested dividends |
| 130. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 03/31/14 | J | | purchase securities |
| 131. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 04/01/14 | J | | reinvested dividends |
| 132. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 05/01/14 | J | | reinvested dividends |
| 133. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 06/02/14 | J | | reinvested dividends |
| 134. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | reinvested dividends |
| 135. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 08/01/14 | J | | reinvested dividends |
| 136. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 09/02/14 | J | | reinvested dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/01/14 | J | | reinvested dividends |
| 138. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/04/14 | J | | reinvested dividends |
| 139. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | reinvested dividends |
| 140. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/31/14 | J | | reinvested dividends |
| 141. The Oakmark International Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 142. The Oakmark International Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 143. The Oakmark International Fund | A | Dividend | J | T | Buy (add'l) | 12/22/14 | J | | reinvested dividends |
| 144. Wellsfargo Adv Small Cap Value Fund | A | Dividend | | | Sold (part) | 02/03/14 | J | A | sale securities |
| 145. Wellsfargo Adv Small Cap Value Fund | A | Dividend | | | Sold (part) | 03/31/14 | J | A | sale securities |
| 146. Wellsfargo Adv Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 09/25/14 | J | | purchase securities |
| 147. Wellsfargo Adv Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | reinvested dividends |
| 148. Wellsfargo Adv Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | reinvested dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAUL J. KOMIVES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544